IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

BERTHA FISHER                                                                                    PLAINTIFF

      v.                                           CIVIL NO. 08-5015

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                        DEFENDANT

**O R D E R**

On this 30th day of October, 2009, the court has before it for consideration plaintiff's request for attorney's fees and costs pursuant to 42 U.S.C. § 406(b).  For reasons set forth in the report and recommendation filed by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas, on September 29, 2009, the court finds that the Magistrate's recommendations should be adopted *in toto* and hereby awards plaintiff's attorney fees in the amount of $3,211.64.

     IT IS SO ORDERED.

                                                  /s/Jimm Larry Hendren
                                                  HONORABLE JIMM LARRY HENDREN
                                                  UNITED STATES DISTRICT JUDGE